1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700



FILED
OCT 29 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 08 MJ 0379 KJM and |
| Plaintiff, | 08 SW 0459 KJM |
| v. | APPLICATION FOR UNSEALING ORDER; AND ORDER |
| QI JIN CHEN, aka "Jimmy" | |
| Defendant. | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant, Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008         McGREGOR W. SCOTT
                                United States Attorney

                                By /s/ Robin R. Taylor
                                   ROBIN R. TAYLOR
                                   Assistant U.S. Attorney

1  Unsealing Application & Order
   Page 2

                           **ORDER**

SO ORDERED:

DATED: October 29, 2008

                           HON. KIMBERLY J. MUELLER
                           United States Magistrate