FILED
October 29, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                ) <br> ) <br> Plaintiff,           ) <br> v.                                                                ) <br> ) <br> Qi Jin Chen,                                              ) <br> ) <br> Defendant.          ) | Case No.  2:08-mj-379 KJM <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  <u>Qi Jin Chen</u>  Case <u>2:08-mj-379 KJM</u>  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      _\_\_     Release on Personal Recognizance

      _\_\_     Bail Posted in the Sum of _____

      _X_     Unsecured bond in the amount of $100,000

      _\_\_     Appearance Bond with 10% Deposit

      _\_\_     Appearance Bond secured by Real Property

      _\_\_     Corporate Surety Bail Bond

      _X_     (Other) <u>Probation conditions/supervision; surrender passport; travel restrictions</u>

Issued at <u>Sacramento, CA</u> on <u>10/29/08</u> at <u>4:05 p.m.</u>

By _____
Kimberly J. Mueller,
United States Magistrate Judge