**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **QI JIN CHEN**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CR. S-08-530 FCD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER** |
| **QI JIN CHEN,** | |
| Defendant, | (Continuing Status to 1/20/09) |

It is hereby stipulated between counsel for the defendant and the government that the status conference presently scheduled for December 15, 2008 may be continued until January 20, 2009 at 10:00 a.m. This continuance is requested to permit the parties to complete discovery. The government has filed a notice of related cases which may impact scheduling depending on the court's ruling. It is further stipulated by the parties that time is excludable under the Speedy Trial Act until January 20, 2009 pursuant to Local Code T-4. See 18 U.S.C. §3161(h)(8)(A) and 3161(h)(8)(B)(iv).

Dated: December 13, 2008                         Dated:  December 13, 2008

/ s / Steven D. Bauer                            / s / Robin Taylor

**STEVEN D. BAUER**                              **ROBIN TAYLOR**
Attorney for Defendant                           Assistant United States Attorney

**IT IS SO ORDERED**

Dated: December 15, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE