```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | CR. S-08-530 FCD |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER RESETTING |
| v. | ) | STATUS CONFERENCE AND EXCLUDING |
| | ) | TIME UNDER THE SPEEDY TRIAL ACT |
| QI JIN CHEN aka Jimmy Chen, | ) | |
| | ) | DATE: March 9, 2009 |
| Defendant. | ) | TIME: 10:00 a.m. |
| _____ | ) | CTRM: Hon. Frank C. Damrell, Jr. |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq., hereby submit this stipulation and proposed order regarding the status conference set for January 21, 2009. The parties desire to move this appearance to March 9, 2009.

The defendant moves that time be excluded from January 21, 2009, through March 9, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. DeWeese represents that he needs time review discovery, meet with his client, and meet with the government as he

1

1  was retained as counsel on January 16, 2009.  The defendant is aware
2  of the request for continuance and approves of it.
3                                        Respectfully submitted,
4                                        LAWRENCE G. BROWN
                                         Acting United States Attorney
5
6  Dated: January 16, 2009         By:   /s/ Robin Taylor
                                         ROBIN TAYLOR
7                                        Assistant U.S. Attorney
                                         Attorneys for Plaintiff
8
9  DATED: January 16, 2009         By:   /s/ Michael DeWeese
                                         MICHAEL DEWEESE
10                                       Attorney for Defendant

13                              **ORDER**
14      For good cause shown above,
15      **IT IS SO ORDERED.**
16  DATED: January 16, 2009
17                             _____
                               FRANK C. DAMRELL, JR.
18                             UNITED STATES DISTRICT JUDGE