```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  ROBIN R. TAYLOR
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California 95814
 4  Telephone: (916) 554-2722
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR.S-08-530 FCD |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER RESETTING |
| v. | ) STATUS CONFERENCE AND EXCLUDING |
| | ) TIME UNDER THE SPEEDY TRIAL ACT |
| QI JIN CHEN aka Jimmy Chen, | ) |
| | ) DATE: April 20, 2009 |
| Defendant. | ) TIME: 10:00 a.m. |
| _____ | ) CTRM: Hon. Frank C. Damrell, Jr. |

The United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, and defendant Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq., hereby submit this stipulation and proposed order regarding the status conference set for March 9, 2009. The parties desire to move this appearance to April 20, 2009.

The defendant moves that time be excluded from March 9, 2009, through April 20, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Mr. DeWeese represents that he needs time review discovery, meet with his client, and meet with the government as he

1

was recently retained as counsel.  The defendant is is aware of the request for continuance and approves of it.

                                          Respectfully submitted,

                                          LAWRENCE G. BROWN
                                          Acting United States Attorney

Dated: March 4, 2009          By:   /s/ Robin Taylor
                                          ROBIN TAYLOR
                                          Assistant U.S. Attorney
                                          Attorneys for Plaintiff

DATED: March 4, 2009          By:  /s/ Michael DeWeese
                                          MICHAEL DEWEESE
                                          Attorney for Defendant

                                                  **ORDER**

    For good cause shown above,

    **IT IS SO ORDERED.**

DATED: March 4, 2009

                                                FRANK C. DAMRELL, JR.
                                                UNITED STATES DISTRICT JUDGE