MICHAEL B. DEWEESE
ATTORNEY AT LAW
STATE BAR NUMBER 103441
833 F STREET, 2nd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 444-9110

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR. S-08-530 FCD |
|---|---|
| Plaintiff, | ORDER FOR SUBSTITUTION OF ATTORNEY |
| v. | |
| QI JIN CHEN aka Jimmy Chen, | |
| Defendant. | |

The Defendant, Qi Jin Chen, aka Jimmy Chen, hereby substitutes Michael B. DeWeese, Attorney at Law, 833 F Street, 2nd Floor, Sacramento CA, 95814, 916-444-9110, in place and stead of his former attorney, Steven Bauer, Attorney at Law.

The Defendant and the above mentioned counsel have agreed to the substitution.

I agree to the foregoing substitution.

DATED:  March 4, 2009            By:    /s/QI JIN CHEN aka Jimmy Chen
                                        Defendant

I agree to the foregoing substitution.

DATED:  March 4, 2009            By:    /s/ Steven Bauer
                                        Steven Bauer
                                        Attorney at Law

///

///

1

1 | I accept the foregoing substitution.
2 | DATED: March 4, 2009					By:	/s/ Michael DeWeese
								MICHAEL B. DEWEESE
3 |								Attorney at Law

For good cause shown above,

**IT IS SO ORDERED.**

DATED: April 15, 2009			_____
						FRANK C. DAMRELL, JR.
						UNITED STATES DISTRICT JUDGE