1  MICHAEL B. DEWEESE
   ATTORNEY AT LAW
2  STATE BAR NUMBER 103441
   833 F STREET, 2nd FLOOR
3  SACRAMENTO, CALIFORNIA 95814
   (916) 444-9110
4

5  Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR .S-08-530 FCD |
| Plaintiff, | |
| v. | STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| QI JIN CHEN aka Jimmy Chen, | |
| Defendant. | DATE: May 18, 2009<br>TIME: 10:00 a.m.<br>CTRM: Hon. Frank C. Damrell, Jr. |
| _____/ | |

     The Defendant, Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq., and the United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order regarding the status conference set for April 20, 2009. The parties desire to move this appearance to May 18, 2009.

     The Defendant moves that time be excluded from April 20, 2009, through May 18, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his client, and meet with the government as he was recently retained as counsel. The defendant is aware of the request for continuance and approves of it.

///

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |

DATED: March 4, 2009  By: /s/ Michael DeWeese
MICHAEL B. DEWEESE
Attorney for Defendant

DATED: March 4, 2009  By: /s/ Robin Taylor
ROBIN TAYLOR
Assistant U.S. Attorney
Attorneys for Plaintiff

For good cause shown above,

**IT IS SO ORDERED.**

DATED: April 16, 2009

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE