MICHAEL B. DEWEESE
ATTORNEY AT LAW
STATE BAR NUMBER 103441
833 F STREET, 2nd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 444-9110

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR S-08-0530 FCD |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | |
| QI JIN CHEN aka Jimmy Chen, | DATE: July 13, 2009 |
| Defendant. | TIME: 10:00 a.m. |
| _____/ | CTRM: Hon. Frank C. Damrell, Jr. |

The Defendant, Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq., and the United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order regarding the status conference set for June 22, 2009. The parties desire to move this appearance to July 13, 2009.

The Defendant moves that time be excluded from June 22, 2009, through July 13, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his client, and meet with the government as he was recently retained as counsel.

1

The defendant is aware of the request for continuance and approves of it.

              Respectfully submitted,

DATED: June 18, 2009    By: /s/ Michael DeWeese
               MICHAEL B. DEWEESE
               Attorney for Defendant

DATED: June 18, 2009    By: /s/ Robin Taylor
               ROBIN TAYLOR
               Assistant U.S. Attorney
               Attorneys for Plaintiff

            **ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: June 19, 2009

               _____
               FRANK C. DAMRELL, JR.
               UNITED STATES DISTRICT JUDGE