```
 1  MICHAEL B. DEWEESE
       ATTORNEY AT LAW
 2  STATE BAR NUMBER 103441
      833 F STREET, 2nd FLOOR
 3  SACRAMENTO, CALIFORNIA
    95814
 4        (916) 444-9110

 5
    Attorney for Defendant
 6

 7

 8              IN THE UNITED STATES DISTRICT COURT

 9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,      CR.S-08-530 FCD

11              Plaintiff,
                                   STIPULATION AND ORDER RESETTING
12        v.                       STATUS CONFERENCE AND EXCLUDING
                                   TIME UNDER THE SPEEDY TRIAL ACT
13  QI JIN CHEN aka Jimmy Chen,
                                   DATE: August 17, 2009
14              Defendant.         TIME: 10:00 a.m.
    _____/ CTRM: Hon. Frank C. Damrell, Jr.
15
```

    The Defendant, Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq., and the United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order regarding the status conference set for July 13, 2009. The parties desire to move this appearance to August 17, 2009, at 10:00 a.m.

    The Defendant moves that time be excluded from July 13, 2009, through August 17, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his client, and

meet with the government as he was recently retained as counsel.

The defendant is aware of the request for continuance and approves of it.

                                                Respectfully submitted,

DATED: July 9, 2009        By: /s/ Michael DeWeese
                               MICHAEL B. DEWEESE
                               Attorney for Defendant

DATED: July 9, 2009        By:  /s/ Jean Hobler
                               JEAN HOBLER
                               Assistant U.S. Attorney
                               Attorneys for Plaintiff

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: July 9, 2009        _____
                           FRANK C. DAMRELL, JR.
                           UNITED STATES DISTRICT JUDGE