MICHAEL B. DEWEESE
ATTORNEY AT LAW
STATE BAR NUMBER 103441
833 F STREET, 2nd FLOOR
SACRAMENTO, CALIFORNIA 95814
(916) 444-9110

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. S-08-530 FCD |
| Plaintiff, | STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | |
| QI JIN CHEN aka Jimmy Chen, | DATE: September 21, 2009 |
| Defendant. | TIME: 10:00 a.m. |
| _____/ | CTRM: Hon. Frank C. Damrell, Jr. |

     The Defendant, Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq.,and the United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order regarding the status conference set for August 17, 2009. The parties desire to move this appearance to September 21, 2009.

     The Defendant moves that time be excluded from August 17, 2009, through September 21, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare).  Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his client, and meet with the government as he was recently retained as counsel.  The defendant is aware of the request for continuance and approves of it.

///

|   |   |
|---|---|
| 1 | Respectfully submitted, |
| 3 | DATED: August 14, 2009    By:  /s/ Michael DeWeese |
|   |      MICHAEL B. DEWEESE |
| 4 |      Attorney for Defendant |
| 6 | DATED: August 14, 2009    By: /s/ Jean Hobler |
|   |      JEAN HOBLER |
|   |      Assistant U.S. Attorney |
| 7 |      Attorneys for Plaintiff |

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: August 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE