
**MICHAEL B. DeWEESE**
ATTORNEY AT LAW
STATE BAR NUMBER 103441
833 F STREET, 2nd FLOOR
**SACRAMENTO, CALIFORNIA 95814**
(916) 444-9110

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>QI JIN CHEN aka Jimmy Chen,<br><br>        Defendant.<br>_____/ | CR S-08-530 FCD<br><br>STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: October 5, 2009<br>TIME: 10:00 a.m.<br>CTRM: Hon. Frank C. Damrell, Jr. |

    The Defendant, Qi Jin Chen, aka Jimmy Chen, by an through his counsel of record, Michael DeWeese Esq.,and the United States of America, through counsel of record, Assistant United States Attorney Robin R. Taylor, hereby submit this stipulation and proposed order regarding the status conference set for September 21, 2009. The parties desire to move this appearance to October 5, 2009.

    The Defendant moves that time be excluded from September 21, 2009, through October 5, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel reasonable time to prepare). Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his

1

meet with the government.

The defendant is aware of the request for continuance and approves of it.

                                        Respectfully submitted,

DATED: September 17, 2009        By: /s/ Michael DeWeese
                                            MICHAEL B. DEWEESE
                                            Attorney for Defendant

DATED: September 17, 2009        By: /s/ Jean Hobler
                                            JEAN HOBLER
                                            Assistant U.S. Attorney
                                            Attorneys for Plaintiff

**ORDER**

For good cause shown above,

**IT IS SO ORDERED.**

DATED: September 18, 2009       _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE