```
LAWRENCE G. BROWN
United States Attorney
ROBIN R. TAYLOR
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>QI JIN CHEN<br>     aka Jimmy Chen,<br><br>         Defendant. | Case No. CR. S-08-530 FCD<br><br>STIPULATION AND ORDER RESETTING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>DATE: October 5, 2009<br>TIME: 10:00 a.m.<br>CTRM: Hon. Frank C. Damrell, Jr. |

The Defendant, Qi Jin Chen, aka Jimmy Chen, by and through his counsel of record, Michael DeWeese Esq., and the United States of America, through counsel of record, Special Assistant United States Attorney Jean M. Hobler, hereby submit this stipulation and proposed order regarding the status conference set for October 5, 2009. The parties desire to move this appearance to October 13, 2009, at 10:00 a.m.

The Defendant moves that time be excluded from October 5, 2009, through October 13, 2009, from computation of time within which the trial of this case must be commenced, pursuant 18 U.S.C. § 3161(h)(8)(B)(iv) (Local code T4 - to give counsel

reasonable time to prepare). Counsel for Mr. Chen represents that he needs additional time to review discovery, meet with his client, and meet with the government.  Counsel for Mr. Chen also represents that the defendant is aware of the request for continuance and approves of it.

Dated: October 2, 2009          LAWRENCE G. BROWN
                                United States Attorney

                                By: /s/ Jean M. Hobler
                                    JEAN M. HOBLER
                                    Special Ass't U.S. Attorney

Dated: October 2, 2009
                                  /s/ Michael B. DeWeese
                                MICHAEL B. DEWEESE
                                Attorney for Defendant

For good cause shown above, **IT IS SO ORDERED.**

Dated: October 2, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2