BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00530 FCD |
| | ) | |
| Plaintiff, | ) | PRELIMINARY ORDER OF |
| | ) | FORFEITURE |
| v. | ) | |
| | ) | |
| QI JIN CHEN, | ) | |
| aka Jimmy Chen, | ) | |
| | ) | |
| Defendant. | ) | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Qi Jin Chen, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 2323(b), defendant Qi Jin Chen's interest in the property listed in Exhibit A attached hereto shall be condemned and forfeited to the United States of America, to be disposed of according to law.

2. The property listed in Exhibit A attached hereto constitutes property used, in any manner or part, to commit or to facilitate the commission of a violation of 18 U.S.C. § 2320(a).

Pursuant to 18 U.S.C. § 2323(b)(2)(B), the Court shall order that any forfeited article or component of an article bearing or consisting of a counterfeit mark be destroyed or otherwise disposed of according to law.

    3.  Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the property listed in Exhibit A attached hereto.  The aforementioned property shall be seized and held by the Department of Homeland Security, U.S. Secret Service, in its secure custody and control.

    4.  a.  Pursuant to 18 U.S.C. § 2323(b)(2)(A), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Department of Homeland Security, U.S. Secret Service's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site [www.forfeiture.gov](http://www.forfeiture.gov).  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

        b.  This notice shall state that any person, other than the defendant, asserting a legal interest in the property listed in Exhibit A attached hereto, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written

notice, whichever is earlier.

5.  If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2323(b), in which all interests will be addressed.

SO ORDERED this 15th day of March, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**Exhibit A**

1. Approximately 2,832 UL Power Strips,
2. Approximately 99 Chanel Handbags,
3. Approximately 52 Chanel Backpacks,
4. Approximately 54 Chanel Beanies,
5. Approximately 249 Chanel Scarves,
6. Approximately 32 Chanel Unfinished Wallets,
7. Approximately 110 Chanel Wallets,
8. Approximately 32 Disney Bags,
9. Approximately 61 Disney Pencil Sets,
10. Approximately 22 Ed Hardy Belts,
11. Approximately 87 Ed Hardy Emblems,
12. Approximately 9 Ed Hardy T-Shirts,
13. Approximately 23 Ed Hardy Jean Shorts,
14. Approximately 30 Jimmy Choo Handbags,
15. Approximately 11 Marvel Stickers,
16. Approximately 37 Marvel Wallets,
17. Approximately 2 Nickelodeon Stickers,
18. Approximately 91 Sharpie Pack Markers,
19. Approximately 19 UL Extension Cords,
20. Approximately 1 Versace Emblem,
21. Approximately 99 WWE Packs of Trading Cards,
22. Approximately 58 Burberry Beanies,
23. Approximately 60 Burberry Scarves,
24. Approximately 291 Coach Beanies,
25. Approximately 1 Coach Coin Purse,
26. Approximately 2,398 Coach Handbags,
27. Approximately 518 Coach Scarves,
28. Approximately 1 Coach Wallet,
29. Approximately 650 Dolce & Gabbana Labels,
30. Approximately 356 Dooney & Bourke Handbags,
31. Approximately 1 Fendi Handbag,
32. Approximately 286 Jordan Shoes,
33. Approximately 4 Juicy Couture Handbags,
34. Approximately 600 Kate Spade Labels,
35. Approximately 13 Louis Vuitton Beanies,
36. Approximately 13 Louis Vuitton Scarves,
37. Approximately 25 Miu Miu Emblems,
38. Approximately 239 Nike Shoes,
39. Approximately 1,600 Prada Labels,
40. Approximately 20 Barbie Purses,
41. Approximately 319 Chanel Handbags,
42. Approximately 30 Chanel Wallets,
43. Approximately 1 Christian Dior Bracelet,
44. Approximately 1 Christian Dior Necklace,
45. Approximately 1,710 Coach Handbags,
46. Approximately 43 Coach Wallets,
47. Approximately 1 Disney Notepad,
48. Approximately 1 Disney Pencil Set,
49. Approximately 289 Disney Purses,
50. Approximately 277 Disney Stationary Sets,
51. Approximately 52 Disney Toy Phones,
52. Approximately 1 Dolce & Gabbana Bracelet,

53. Approximately 134 Dooney & Bourke Handbags,
54. Approximately 1 Ed Hardy T-Shirt,
55. Approximately 9 Fendi Handbags,
56. Approximately 14 Gucci Handbags,
57. Approximately 4 Juicy Couture Bracelets,
58. Approximately 3 Juicy Couture Handbags,
59. Approximately 4 Juicy Couture Necklace,
60. Approximately 21 Nickelodeon Cards,
61. Approximately 141 Nickelodeon Dora Shoes,
62. Approximately 199 Pokemon Cards,
63. Approximately 6 Prada Handbags,
64. Approximately 3,060 Sharpie Marker Set's Pack of 6,
65. Approximately 41 Sharpie Marker Set's Pack of 21,
66. Approximately 15 Chanel Hair Clips,
67. Approximately 81 WWE Cards,
68. Approximately 67 Chanel Bracelets,
69. Approximately 334 Chanel Earrings,
70. Approximately 207 Chanel Emblems,
71. Approximately 131 Chanel Handbags,
72. Approximately 79 Chanel Necklaces,
73. Approximately 50 Chanel Wallets,
74. Approximately 60 Coach Bracelets,
75. Approximately 1 Pair Coach Earrings,
76. Approximately 692 Coach Handbags,
77. Approximately 61 Coach Necklaces,
78. Approximately 20 Coach Rings,
79. Approximately 138 Coach Wallets,
80. Approximately 11 Dolce & Gabbana Emblems,
81. Approximately 15 Dooney & Bourke Handbags,
82. Approximately 28 Juicy Couture Bracelets,
83. Approximately 10 Juicy Couture Earrings,
84. Approximately 44 Juicy Couture Necklaces,
85. Approximately 202 Pairs Tiffany & Co. Earrings,
86. Approximately 284 Tiffany & Co. Necklaces,
87. Approximately 14 Tiffany & Co. Pendants,
88. Approximately 27 Chanel Backpacks,
89. Approximately 6 Chanel Bracelets,
90. Approximately 1,100 Chanel Hair Clips,
91. Approximately 81 Chanel Handbags,
92. Approximately 22 Chanel Necklaces,
93. Approximately 659 Chanel Wallets,
94. Approximately 1 Coach Coin Purse,
95. Approximately 265 Coach Handbags,
96. Approximately 445 Coach Wallets,
97. Approximately 19 Disney Memo Pads (small),
98. Approximately 17 Disney Pencils,
99. Approximately 1,300 Dolce & Gabbana Emblems,
100. Approximately 33 Dooney & Bourke Handbags,
101. Approximately 13 Ed Hardy T-Shirts,
102. Approximately 2 Fendi Handbags,
103. Approximately 120 Generic Bracelets (Tiffany & Co. Style),
104. Approximately 120 Generic Necklaces (Tiffany & Co. style),

105. Approximately 90 Generic Handbags,
106. Approximately 27 Gucci Handbags,
107. Approximately 1 Pair Jordan Shoes,
108. Approximately 1 Juicy Couture Necklace,
109. Approximately 18 Louis Vuitton Handbags,
110. Approximately 4 Louis Vuitton Shoes,
111. Approximately 3 Marvel Memo Pads (small),
112. Approximately 1 Marvel Pencil,
113. Approximately 700 Miu Miu Emblems,
114. Approximately 61 Prada Handbags,
115. Approximately 2 Tiffany & Co. Bracelets,
116. Approximately 3 Tiffany & Co. Necklaces, and
117. Approximately 600 Tiffany & Co. Pendants.