BENJAMIN B. WAGNER
United States Attorney
ROBIN R. TAYLOR
JEAN M. HOBLER
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CR-00530 FCD |
| | ) | |
| Plaintiff, | ) | FINAL ORDER OF FORFEITURE |
| | ) | |
| v. | ) | |
| | ) | |
| QI JIN CHEN, | ) | |
| aka Jimmy Chen, | ) | |
| | ) | |
| Defendant. | ) | |

WHEREAS, on or about March 16, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2323(b), based upon the plea agreement entered into between plaintiff and defendant Qi Jin Chen forfeiting to the United States the property listed in Exhibit A attached hereto.

AND WHEREAS, beginning on March 18, 2010, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged

legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the property listed in Exhibit A attached hereto pursuant to 18 U.S.C. § 2323(b), to be disposed of according to law, including all right, title, and interest of Qi Jin Chen.

2. All right, title, and interest in the property listed in Exhibit A attached hereto shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, U.S. Secret Service shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 14th day of December, 2010.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

## Exhibit A

1. Approximately 2,832 UL Power Strips,
2. Approximately 99 Chanel Handbags,
3. Approximately 52 Chanel Backpacks,
4. Approximately 54 Chanel Beanies,
5. Approximately 249 Chanel Scarves,
6. Approximately 32 Chanel Unfinished Wallets,
7. Approximately 110 Chanel Wallets,
8. Approximately 32 Disney Bags,
9. Approximately 61 Disney Pencil Sets,
10. Approximately 22 Ed Hardy Belts,
11. Approximately 87 Ed Hardy Emblems,
12. Approximately 9 Ed Hardy T-Shirts,
13. Approximately 23 Ed Hardy Jean Shorts,
14. Approximately 30 Jimmy Choo Handbags,
15. Approximately 11 Marvel Stickers,
16. Approximately 37 Marvel Wallets,
17. Approximately 2 Nickelodeon Stickers,
18. Approximately 91 Sharpie Pack Markers,
19. Approximately 19 UL Extension Cords,
20. Approximately 1 Versace Emblem,
21. Approximately 99 WWE Packs of Trading Cards,
22. Approximately 58 Burberry Beanies,
23. Approximately 60 Burberry Scarves,
24. Approximately 291 Coach Beanies,
25. Approximately 1 Coach Coin Purse,
26. Approximately 2,398 Coach Handbags,
27. Approximately 518 Coach Scarves,
28. Approximately 1 Coach Wallet,
29. Approximately 650 Dolce & Gabbana Labels,
30. Approximately 356 Dooney & Bourke Handbags,
31. Approximately 1 Fendi Handbag,
32. Approximately 286 Jordan Shoes,
33. Approximately 4 Juicy Couture Handbags,
34. Approximately 600 Kate Spade Labels,
35. Approximately 13 Louis Vuitton Beanies,
36. Approximately 13 Louis Vuitton Scarves,
37. Approximately 25 Miu Miu Emblems,
38. Approximately 239 Nike Shoes,
39. Approximately 1,600 Prada Labels,
40. Approximately 20 Barbie Purses,
41. Approximately 319 Chanel Handbags,
42. Approximately 30 Chanel Wallets,
43. Approximately 1 Christian Dior Bracelet,
44. Approximately 1 Christian Dior Necklace,
45. Approximately 1,710 Coach Handbags,
46. Approximately 43 Coach Wallets,
47. Approximately 1 Disney Notepad,
48. Approximately 1 Disney Pencil Set,
49. Approximately 289 Disney Purses,
50. Approximately 277 Disney Stationary Sets,
51. Approximately 52 Disney Toy Phones,
52. Approximately 1 Dolce & Gabbana Bracelet,
53. Approximately 134 Dooney & Bourke Handbags,

```
54.  Approximately 1 Ed Hardy T-Shirt,
55.  Approximately 9 Fendi Handbags,
56.  Approximately 14 Gucci Handbags,
57.  Approximately 4 Juicy Couture Bracelets,
58.  Approximately 3 Juicy Couture Handbags,
59.  Approximately 4 Juicy Couture Necklace,
60.  Approximately 21 Nickelodeon Cards,
61.  Approximately 141 Nickelodeon Dora Shoes,
62.  Approximately 199 Pokemon Cards,
63.  Approximately 6 Prada Handbags,
64.  Approximately 3,060 Sharpie Marker Set's Pack of 6,
65.  Approximately 41 Sharpie Marker Set's Pack of 21,
66.  Approximately 15 Chanel Hair Clips,
67.  Approximately 81 WWE Cards,
68.  Approximately 67 Chanel Bracelets,
69.  Approximately 334 Chanel Earrings,
70.  Approximately 207 Chanel Emblems,
71.  Approximately 131 Chanel Handbags,
72.  Approximately 79 Chanel Necklaces,
73.  Approximately 50 Chanel Wallets,
74.  Approximately 60 Coach Bracelets,
75.  Approximately 1 Pair Coach Earrings,
76.  Approximately 692 Coach Handbags,
77.  Approximately 61 Coach Necklaces,
78.  Approximately 20 Coach Rings,
79.  Approximately 138 Coach Wallets,
80.  Approximately 11 Dolce & Gabbana Emblems,
81.  Approximately 15 Dooney & Bourke Handbags,
82.  Approximately 28 Juicy Couture Bracelets,
83.  Approximately 10 Juicy Couture Earrings,
84.  Approximately 44 Juicy Couture Necklaces,
85.  Approximately 202 Pairs Tiffany & Co. Earrings,
86.  Approximately 284 Tiffany & Co. Necklaces,
87.  Approximately 14 Tiffany & Co. Pendants,
88.  Approximately 27 Chanel Backpacks,
89.  Approximately 6 Chanel Bracelets,
90.  Approximately 1,100 Chanel Hair Clips,
91.  Approximately 81 Chanel Handbags,
92.  Approximately 22 Chanel Necklaces,
93.  Approximately 659 Chanel Wallets,
94.  Approximately 1 Coach Coin Purse,
95.  Approximately 265 Coach Handbags,
96.  Approximately 445 Coach Wallets,
97.  Approximately 19 Disney Memo Pads (small),
98.  Approximately 17 Disney Pencils,
99.  Approximately 1,300 Dolce & Gabbana Emblems,
100. Approximately 33 Dooney & Bourke Handbags,
101. Approximately 13 Ed Hardy T-Shirts,
102. Approximately 2 Fendi Handbags,
103. Approximately 120 Generic Bracelets (Tiffany & Co. Style),
104. Approximately 120 Generic Necklaces (Tiffany & Co. style),
105. Approximately 90 Generic Handbags,
106. Approximately 27 Gucci Handbags,
```

107. Approximately 1 Pair Jordan Shoes,
108. Approximately 1 Juicy Couture Necklace,
109. Approximately 18 Louis Vuitton Handbags,
110. Approximately 4 Louis Vuitton Shoes,
111. Approximately 3 Marvel Memo Pads (small),
112. Approximately 1 Marvel Pencil,
113. Approximately 700 Miu Miu Emblems,
114. Approximately 61 Prada Handbags,
115. Approximately 2 Tiffany & Co. Bracelets,
116. Approximately 3 Tiffany & Co. Necklaces, and
117. Approximately 600 Tiffany & Co. Pendants.