MARK R. McKINNISS (SBN228201)
**LAW OFFICES OF McKINNISS & WAYNE**
129 E. Valley Boulevard
Alhambra, California 91801

Telephone: 626.286-6866
FAX: 626.286.3666
E-Mail: mwalhambra@gmail.com

Attorneys for Defendant Jimmy Chen

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  2:08-CR-00530-01 |
| ) | *BEFORE THE HONORABLE* |
| ) | *HON. FRANK C. DAMRELL, JR.* |
| vs. ) | |
| ) | STIPULATION AND ORDER |
| ) | |
| QI JIN CHEN, ) | |
| _____) | |

### STIPULATION FOR CONTINUANCE OF VOLUNTARY SURRENDER

### AND ORDER

Through counsel, Qi Jin Chen files the following Stipulation for Continuance of his Voluntary Surrender, currently scheduled for January 18, 2011.  Defendant Chen has filed a motion to stay imposition of sentence pending appeal to be heard on January 18, 2011, at 10:00 a.m.  Defendant Chen has previously been ordered to self-surrender at a facility designated by the Bureau of Prisons on January 18, 2011, no later than 2 p.m.  The Bureau of Prisons has designated a facility near Bakersfield, California, making it highly unlikely that Defendant could attend the hearing on his motion and report as directed, at his own expense, on the same date.  In light of his interest in appearing at the hearing on the motion to stay imposition of sentence on January 18, 2011, the Defendant wishes to delay his self-surrender to January 19, 2011.

1

In recognition of Defendant's interest in appearing at the hearing, and recognizing that were Defendant in custody he may need to be transported at the public's expense, the Government, by and through its undersigned counsel, is therefore willing to stipulate to a 24-hour delay in the Defendant's self-surrender.

The Parties hereby stipulate as follows:

1) That the Voluntary Surrender date for Qi Jin Chen be continued from January 18, 2011 to January 19, 2011.

2) That unless the Court grants Defendant's motion on January 18, 2011, Defendant shall report to the facility designated by the Bureau of Prisons no later than 2 p.m. on January 19, 2011.

SO STIPULATED.

DATED: January 10, 2011

BENJAMIN B. WAGNER
United States Attorney

Electronic Signature Approved
By: *Jean Hobler*
JEAN HOBLER
ROBIN TAYLOR
Assistant U.S. Attorney

DATED: January 10, 2011

LAW OFFICES OF MARK R. McKINNISS

Electronic Signature Approved
By: *Mark R. McKinniss*
MARK R. McKINNISS
ATTORNEY FOR DEFENDANT QI JIN CHEN

**IT IS SO ORDERED.**

DATED: January 13, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE